1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  CLARK HILL PLLC
3  3800 Howard Hughes Parkway, Suite 500
   Las Vegas, NV 89169
4  Tel: (702) 862-8300
   Fax: (702) 862-8400
5  Email: jthompson@clarkhill.com
   *Attorney for Defendant*
6  *Equifax Information Services LLC*

7

8                    UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
9

10 NATALIE DAVIDSON,                          )
                                              )  Case No. 2:21-cv-00179-JAD-VCF
11                    Plaintiff,              )
                                              )
12 vs.                                        )
                                              )  **STIPULATION OF EXTENSION OF
13 MERRICK BANK and EQUIFAX                   )  TIME FOR DEFENDANT EQUIFAX
   INFORMATION SERVICES LLC,                  )  INFORMATION SERVICES LLC TO
14                                            )  FILE ANSWER**
                                              )
15                    Defendants.             )  **FIRST REQUEST**
                                              )
16                                            )
                                              )
17                                            )
                                              )
18

19      Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

20 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

21 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

22 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

23

24 answer, move or otherwise respond to the Complaint in this action is extended from March 1,

25 2021 through and including **March 31, 2021**. Equifax request the additional time to review the

26 allegations of the Complaint in order to respond to the same in a meaningful fashion. This

27 stipulation is filed in good faith and not intended to cause delay.

28

Respectfully submitted this 1st day of March, 2021.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*

**<u>No opposition</u>**

/s/ Erik W. Fox, Esq.
Mathew Higbee.
Nevada Bar No. 11158
HIGBEE & ASSOCIATES
3110 West Cheyenne Ave., Suite 200
Las Vegas, NV 89032
Phone: (714) 600-8085
FAX: (866) 534-7049
Email: mhigbee@higbeeassociates.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED:   3-5-2021

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 1st day of March, 2021, via the Court's CM/ECF system which will send notification to all counsel of record.

CLARK HILL PLLC

By: /s/ Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*