1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  CLARK HILL PLLC
   3800 Howard Hughes Parkway, Suite 500
3  Las Vegas, NV 89169
4  Tel: (702) 862-8300
   Fax: (702) 862-8400
5  Email: jthompson@clarkhill.com
   *Attorney for Defendant*
6  *Equifax Information Services LLC*

7

8              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
9

10 NATALIE DAVIDSON,                          )
                                              )   **Case No. 2:21-cv-00179-JAD-VCF**
11                        Plaintiff,          )
                                              )
12 vs.                                        )   **JOINT MOTION FOR EXTENSION OF**
                                              )   **TIME FOR DEFENDANT EQUIFAX**
13 MERRICK BANK and EQUIFAX                   )   **INFORMATION SERVICES LLC TO**
   INFORMATION SERVICES LLC,                  )   **FILE ANSWER**
14                                            )
                                              )   **SECOND REQUEST**
15                        Defendants.         )
                                              )
16                                            )
                                              )
17                                            )
                                              )
18                                            )

19       Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

20 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

21 no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND

22 AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to

23

24 answer, move or otherwise respond to the Complaint in this action is extended from March 31,

25 2021 through and including **April 30, 2021**.  Equifax request the extension in order to allow the

26 parties additional time to engage in settlement discussion.  This stipulation is filed in good faith

27 and not intended to cause delay.

28

1    Respectfully submitted this 31st day of March, 2021.

2

3                                                      CLARK HILL PLLC

4                                                      By: /s/ Jeremy J. Thompson
                                                       Jeremy J. Thompson
5                                                      Nevada Bar No. 12503
                                                       3800 Howard Hughes Pkwy, Suite 500
6                                                      Las Vegas, NV 89169
                                                       Tel: (702) 862-8300
7                                                      Fax: (702) 862-8400
                                                       Email: jthompson@clarkhill.com
8

9                                                      *Attorneys for Defendant Equifax Information
                                                       Services LLC*

10

11                                                     **_No opposition_**

12                                                     /s/Mathew Higbee
                                                       Mathew Higbee.
13                                                     Nevada Bar No. 11158
                                                       HIGBEE & ASSOCIATES
14                                                     3110 West Cheyenne Ave., Suite 200
                                                       Las Vegas, NV 89032
15                                                     Phone: (714) 600-8085
                                                       FAX: (866) 534-7049
16                                                     Email: mhigbee@higbeeassociates.com

17

18                                                     *Attorneys for Plaintiff*

19   IT IS SO ORDERED:

20

21   _____
     United States Magistrate Judge

22                 3-31-2021
     DATED: _____

23

24

25

26

27

28

                                   - 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 31st day of March, 2021, via the Court's CM/ECF system which will send notification to all counsel of record.

CLARK HILL PLLC

By: /s/  Jeremy J. Thompson
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorneys for Defendant Equifax Information Services LLC*