# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| NATALIE DAVIDSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MERRICK BANK, AND EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　Defendant. | 2:21-cv-00179-JAD-VCF<br><br>**ORDER** |

The parties have filed a Joint Stipulation of Dismissal (ECF No. 18).

Accordingly,

IT IS HEREBY ORDERED that the status hearing scheduled for 1:30PM, September 29, 2021, is VACATED.

DATED this 9th day of September, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE