MATHEW HIGBEE
Nevada Bar No. 11158
HIGBEE & ASSOCIATES
3110 West Cheyenne Ave
North Las Vegas, NV 89032
P:  (714) 617-8300 (office)
F: (866) 534-7049
E:  Mhigbee@higbeeassociates.com
Attorney for Plaintiff, Natalie Davidson

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
## RENO DIVISION

| | |
|---|---|
| NATALIE DAVIDSON,<br>           Plaintiff,<br><br>v.<br><br>MERRICK BANK and EQUIFAX INFORMATION SERVICES, LLC,<br>           Defendants. | Case No. 2:21-cv-00179-JAD-VCF<br><br>**Stipulation and Order Dismissing Action**<br><br>ECF No. 18 |

Plaintiff, Natalie Davidson ("Plaintiff"), and Defendant, Equifax Information Services, LLC ("EQUIFAX"), collectively through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's claims in this action, with prejudice, against Defendant, Equifax Information Services, LLC Parties will bear their own fees and costs.

Dated: September 7, 2021

Respectfully submitted,

/s/ Mathew Higbee
MATHEW HIGBEE
Nevada Bar No. 11158
HIGBEE & ASSOCIATES
3110 West Cheyenne Ave
North Las Vegas, NV 89032
P:  714-600-8085
F:  866-534-7049
E:  Mhigbee@higbeeassociates.com
*Attorney for Plaintiff, Natalie Davidson*

1

*/s/ Jeremy J. Thompson (with consent)*
Jeremy  J. Thompson
Nevada Bar No. 12503
CLARK HILL PLLC
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com

*Attorney for Defendant,*
*Equifax Information Services, LLC*

## ORDER

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, and because the dismissal of these claims leaves none remaining, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: September 12, 2021